# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 08-1206

———————

United States of America,  * 
 * 
Appellee,  * 
 *  Appeal from the United States
v.  *  District Court for the
 *  Eastern District of Missouri.
Robert Taylor,  * 
 *  [UNPUBLISHED]
Appellant.  * 

———————

Submitted: June 11, 2008
Filed: November 19, 2008

———————

Before MURPHY, BYE, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Robert Taylor pleaded guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). He was sentenced to 180 months of imprisonment as an Armed Career Criminal under 18 U.S.C. § 924(e) after the district court determined he had three prior violent felonies, one for committing the Missouri offense of tampering in violation of Mo. Rev. Stat. § 569.080. On appeal, Taylor challenges his sentence contending his prior conviction for tampering was not a violent felony under the Armed Career Criminal Act.

We recently held the Missouri crime of tampering does not qualify as a "crime of violence" for purposes of U.S. Sentencing Guideline § 2K2.1(a)(2), United States

<u>v. Williams</u>, 537 F.3d 969, 974-75 (8th Cir. 2008), a term we recognize as synonymous with the term "violent felony" for purposes of the Armed Career Criminal Act, <u>see</u> <u>United States v. Johnson</u>, 417 F.3d 990, 996 (8th Cir. 2007) ("The statutory definition of 'violent felony' is viewed as interchangeable with the guidelines definition of 'crime of violence.'").

Based on the holding in <u>Williams</u>, we reverse Taylor's sentence and remand this case to the district court for resentencing.

_____